UNITED STATES, Appellee

v

LEVELL LYON, Private, U. S. Army, Appellant

20 USCMA 58, 42 CMR 250

No. 22,975

August 21, 1970

Colonel Daniel T. Ghent, Captain Howard L. Kaplus, and Captain Stewart Pettet Davis were on the pleadings for Appellant, Accused.

Colonel David T. Bryant, Major Edwin P. Wasinger, Captain William R. Steinmetz, and Captain Milburn M. O'Dowd, Jr., were on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

In United States v Williams, 20 USCMA 47, 42 CMR 239 (1970), this Court determined that a court-martial sentence is not rendered illegal because of a military judge's failure to inquire of the appellant personally if he had anything to say in his own behalf before sentencing. That same question is again raised. Because the reasoning in *Williams* is equally applicable here we affirm the decision of the Court of Military Review.

Chief Judge QUINN concurs.

FERGUSON, Judge (concurring):

I concur.

I agree with my brothers' disposition of this case for the reason set forth in my separate opinion in United States v Williams, 20 USCMA 47, 42 CMR 239 (1970).